■ In the Matter of SHEILA ROGERS, Respondent, v JEROME GILBERT, Appellant. (Appeal No. 1.) [627 NYS2d 609] —Appeal unanimously dismissed without costs. Memorandum: Respondent appeals from an order determining that he willfully violated an order of child support and granting judgment to petitioner for arrears. He also appeals from a subsequent order directing his commitment to jail pursuant to Family Court Act § 454 (3) (a). Respondent has paid the arrears in full

and the order of commitment has expired. Thus, respondent's challenges to those orders are moot *(see, Matter of De Lorenzo v Spillane,* 206 AD2d 763, 764; *see also, Matter of Bickwid v Deutsch,* 210 AD2d 400; *Dowd v Dowd,* 164 AD2d 752, 754). (Appeal from Order of Monroe County Family Court, Taddeo, J.—Child Support Arrears.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.